**Order entered September 23, 2015**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

RECEIVED IN
COURT OF APPEALS, 5th DIST

OCT C 5 2015

LISA MATZ
CLERK, 5th DISTRICT

No. 05-14-00446-CV

ORYON TECHNOLOGIES, INC. AND ORYON TECHNOLOGIES, LLC, Appellant

V.

M. RICHARD MARCUS, Appellee

On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-01252

## ORDER

We **REINSTATE** the appeal.

On May 9, 2014, we abated this appeal after being informed that appellant Oryon Technologies, Inc. had filed a petition for bankruptcy. Before the Court is the motion of appellants' counsel to withdraw. Attached to the motion is the September 4, 2015 order of the bankruptcy court dismissing the bankruptcy cases filed by each appellant.

We **GRANT** the motion to withdraw. We **DIRECT** the Clerk of this Court to remove attorneys: Charles L. Perry, Mark A. Shoffner, Benjamin J. Setnick, Crystal L. Jamison and the law firm Andrews Kurth, LLP, as counsel for appellants.

Appellants may only appear before this Court through an attorney. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996).

Accordingly, we **ORDER** appellants to file, **WITHIN THIRTY DAYS** of the date of this order, the name, State Bar number, mailing address, email address, and telephone number of new counsel. We caution appellants that failure to provide the required information within the time specified will result in dismissal of the appeal without further notice.

/s/    ELIZABETH LANG-MIERS
        JUSTICE



**Court of Appeals**
**Fifth District of Texas at Dallas**
George L. Allen Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.48⁵
0000856274   SEP 23 2015
MAILED FROM ZIP CODE 75201



*Not at this address*

CASE: 05-14-00446-CV
ORYON
4251 KEL
ADDISON

NIXIE    750   FE 1        0010/01/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 75202663150   *1893-04418-24-40